IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DIANE R. WILLIAMS, | : | |
| Plaintiff, | : | |
| v. | : | |
| DAVID M. WALKER | : | Civil Action No.: JDB-07-1452 |
| Comptroller General of the United States | : | |
| Government Accountability Office | : | |
| | : | |
| Defendant. | | |

...oOo...

## CONSENT MOTION FOR EXTENSION OF TIME

Now comes the defendant, by the undersigned counsel, and moves for an extension of time in which to respond to the Complaint, up to and including March 3, 2007:

In support whereof, Defendant states:

1. The plaintiff filed her Complaint on August 10, 2007. Defendant was served on September 11, 2007. Defendant's response is due on December 3, 2007.

2. Agency counsel has been otherwise occupied in trial for much of November. As such, Agency counsel only recently gathered the relevant documentation that the undersigned counsel requires to formulate its response.

3. Although Agency counsel forwarded the relevant documentation to AUSA Glickson last week, the undersigned counsel will be unable to analyze such documentation and formulate the Government's response for at least another month based on AUSA Glickson's deadlines from the end of November through the new year, which include the following:

- Motion for Summary Judgment due November 29, 2007 (BEL-07-2102)

- Two Reply Briefs due November 29, 2007 (WDQ-07-1532 and DKC-07-754)

- 4th Circuit Oral Argument December 4, 2007 (05-1860)

- Motion for Summary Judgment Dec. 7, 2007 (RWT-07-2113)

- Response to Complaint Dec. 12, 2007 (JFM-07-2607)

- 2 Responses to Complaint Dec. 14, 2007 (RWT-07-2142 and AW-07-2608)

- Response to Complaint Dec. 17, 2007 (AW-07-2730)

- Motion for Summary Judgment Dec. 19, 2007 (AMD-07-1745)

- 2 Responses to Complaints due Dec. 28, 2007 (WDQ-07-2904, DKC-07-2835)

- Motion for Summary Affirmance Dec. 31, 2007 (06-1887)

- Motion for Summary Judgment January 8, 2008 (WGC-06-3003)

3. As a result of the foregoing circumstances, Defendant requests an extension of time to review the file and to prepare and submit a response on that issue.

4. Specifically, Defendant requests an extension of sixty (60) days to prepare and file a response. Plaintiff's Counsel has graciously consented to the requested extension.

WHEREFORE, Defendant prays for an Order extending the time through and including **February 4, 2008**, to respond to Plaintiff's Complaint.

                                                  Respectfully submitted,

                                                  Rod J. Rosenstein

                                                  United States Attorney

Date:   December 3, 2007                By:      /s/

                                                  Melanie L. Glickson
                                                  Assistant United States Attorney
                                                  36 South Charles Street, Fourth Floor
                                                  Baltimore, Maryland 21201
                                                  (410) 209-4800 (phone)
                                                  (410) 962-2310 (facsimile)
                                                  Melanie.Glickson@usdoj.gov