IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DIANE R. WILLIAMS,** | : | |
| **Plaintiff,** | : | |
| v. | : | |
| **DAVID M. WALKER** | : | Civil Action No.: JDB-07-1452 |
| **Comptroller General of the United States** | : | |
| **Government Accountability Office** | : | |
| | : | |
| **Defendant.** | | |

...oOo...

### CONSENT MOTION FOR EXTENSION OF TIME

Now comes the defendant, by the undersigned counsel, and moves for a brief one-week extension of time in which to respond to the Complaint, up to and including February 11, 2008:

In support whereof, Defendant states:

1. The plaintiff filed her Complaint on August 10, 2007. Defendant was served on September 11, 2007. The Court granted Defendant's Motion for Extension of Time on December 6, 2007, and Defendant's response to the Complaint is currently due on February 4, 2008.

2. The undersigned counsel was unexpectedly out of the office earlier this week. While Defendant has drafted a response to the Complaint, Defendant requires one additional week to have all affidavits signed, gather additional relevant documentation, and finish compiling exhibits.

3. As a result of the foregoing circumstances, Defendant requests a brief, one-week extension of time to file its response to the Complaint. Plaintiff's Counsel has graciously

consented to the requested one-week extension.

WHEREFORE, Defendant prays for an Order extending the time through and including **February 11, 2008**, to respond to Plaintiff's Complaint.

Respectfully submitted,

Rod J. Rosenstein

United States Attorney

Date:   January 30, 2007               By:           /s/

Melanie L. Glickson
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800 (phone)
(410) 962-2310 (facsimile)
Melanie.Glickson@usdoj.gov