IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COULMBIA

DIANE R. WILLIAMS,

    Plaintiff,

        v.                      CA No. 07-1452 (JDB)

DAVID M. WALKER,
Comptroller General,

    Defendant.

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Plaintiff hereby requests an enlargement of twenty-eight days, to and including March 24, within which to respond to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment. Defendant consents to the relief requested herein.

Plaintiff needs additional time principally to determine whether a sufficient factual records exists at this time to respond to Defendant's motion and, if not, to seek to develop that record. Defendant has filed for summary judgment before any discovery has been taken. Although there was an investigation conducted at the administrative level, this investigation was, in Plaintiff's view, deficient in many respects. Moreover, there was no administrative hearing or other opportunity for Plaintiff to cross examine any witnesses.

It may be that a complete response to Defendant's motion will not be possible without discovery. Nonetheless, Plaintiff will endeavor to respond to the motion on the basis of the evidence that she can develop without discovery. She needs additional time, however, to develop those facts.

For these reasons, Plaintiff requests an enlargement of twenty-eight days, to and
including March 24, 2008, within which to respond to Defendant's motion.

Respectfully submitted,


\_\_/s/_____
Michael J. Kator (No. 366936)
KATOR, PARKS & WEISER
1200 18th Street, N.W., Suite 1000
Washington, D.C. 20036
(202) 898-4800

February 22, 2008                    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANE R. WILLIAMS,

    Plaintiff,

       v.                          CA No. 07-1452 (JDB)

DAVID M. WALKER,
Comptroller General,

    Defendant.

**O R D E R**

    Upon consideration of Plaintiff's Consent Motion for Enlargement of Time, it is this

_____ day of February, 2008

    ORDERED that Plaintiff's motion is GRANTED.

    IT IS FURTHER ORDERED that Plaintiff shall have to and including March 24, 2008

within which to respond to Defendant's Motion to Dismiss or in the Alternative for Summary

Judgment.

                                         _____

                                       John D. Bates, U.S. District Judge

Copies to:

Michael J. Kator
1200 18th Street, NW, Suite 1000
Washington, DC 20036

Melanie L. Glickson
Assistant U.S. Attorney
District of Maryland
36 South Charles Street, 4th Floor
Baltimore, MD  21201