IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DIANE R. WILLIAMS,** | : | |
| Plaintiff, | : | |
| v. | : | |
| **DAVID M. WALKER** | : | Civil Action No.: JDB-07-1452 |
| **Comptroller General of the United States** | : | |
| **Government Accountability Office** | : | |
| | : | |
| Defendant. | | |

...oOo...

## CONSENT MOTION FOR EXTENSION OF TIME

Now comes the defendant, by the undersigned counsel, and moves for an extension of time by which to file its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, up to and including May 2, 2008:

In support whereof, Defendant states:

1. Defendant filed its Motion to Dismiss or, in the Alternative, for Summary Judgment on February 11, 2008. Plaintiff filed an Opposition thereto on or around March 24, 2008.

2. Defendant requires additional time to gather information from the Agency necessary to file its Reply to Plaintiff's Opposition. Specifically, Defendant requires approximately thirty (30) additional days to prepare its Reply

3. As a result of the foregoing circumstances, Defendant requests an extension of time through and including May 2, 2008 to file its Reply. Plaintiff's Counsel has graciously consented to the requested extension.

WHEREFORE, Defendant prays for an Order extending the time through and including **May 2, 2008**, to file its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment.

Respectfully submitted,

Rod J. Rosenstein

United States Attorney

Date:   March 28, 2008            By:            /s/

Melanie L. Glickson
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800 (phone)
(410) 962-2310 (facsimile)
Melanie.Glickson@usdoj.gov