## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DIANE R. WILLIAMS,** | : |
| **Plaintiff,** | : |
| v. | : |
| **DAVID M. WALKER** | :    Civil Action No.: JDB-07-1452 |
| **Comptroller General of the United States** | |
| **Government Accountability Office** | : |
| **Defendant.** | : |
| | ...oOo... |

### CONSENT MOTION FOR EXTENSION OF TIME

Now comes the defendant, by the undersigned counsel, and moves for an extension of time in which to file its Reply to Plaintiff's Opposition, up to and including **May 12, 2008**: In support whereof, Defendant states as follows:

The undersigned counsel has been unexpectedly out of the office due to illness and therefore requests an extension of time by which to file its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment. Specifically, Defendant requests an extension of time up to and including May 12, 2008. Plaintiff's Counsel has graciously consented to the requested extension.

WHEREFORE, Defendant prays for an Order extending the time through and including **May 12, 2008**, to file its Reply.

                                    Respectfully submitted,

                                    Rod J. Rosenstein
                                    United States Attorney


          By:_____/s/_____
                                    Melanie L. Glickson
                                    Assistant United States Attorney
                                    36 South Charles Street
                                    Fourth Floor
                                    Baltimore, Maryland 21201
                                    (410) 209-4800