**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**DIANE R. WILLIAMS,**                   :

       **Plaintiff,**                   :

    **v.**                   :

**DAVID M. WALKER**                   :          **Civil Action No.: JDB-07-1452**
**Comptroller General of the United States** :
**Government Accountability Office**       :

    **Defendant.**
               **...oOo...**

<u>**CONSENT MOTION FOR EXTENSION OF TIME**</u>

    Now comes the defendant, by the undersigned counsel, and moves for an extension of

time by which to file its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or, in

the Alternative, for Summary Judgment, up to and including May 27, 2008:

    In support whereof, Defendant states:

    The undersigned counsel has recently been in a motor vehicle accident and suffered

injuries which require a brief leave of absence.  As a result of the foregoing circumstances,

Defendant requests an extension of time through and including May 27, 2008 to file its Reply.

Plaintiff's Counsel has graciously consented to the requested extension.

    WHEREFORE, Defendant prays for an Order extending the time through and including

**May 27, 2008**, to file its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or, in

the Alternative, for Summary Judgment.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney


By:_____/s/_____
          Melanie L. Glickson
          Assistant United States Attorney
          36 South Charles Street
          Fourth Floor
          Baltimore, Maryland 21201
          (410) 209-4800